UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANIL YOUSEFPOOR,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01481-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SCREENING ORDER**<br><br>(Doc. 10)<br><br>**SEPTEMBER 30, 2021, DEADLINE** |

Plaintiff filed a motion seeking an extension of time through September 30, 2021, to respond to this Court's screening order by filing an amended complaint or by notifying the Court that he wishes to proceed only on the claim found to be cognizable. For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension of time. (Doc. 10.) Plaintiff shall file his election on or before **September 30, 2021**.

IT IS SO ORDERED.

　　Dated:　**September 6, 2021**　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE