# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>   Plaintiff,<br><br>  v.<br><br>JANIL YOUSEFPOOR,<br><br>   Defendant. | Case No. 1:20-cv-01481-DAD-BAK(SKO) (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO BE AN ELECTRONIC FILER<br><br>(Doc. 21) |

  Plaintiff Shaun I. Cass is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.  On March 2, 2022, Plaintiff filed a motion to be an electronic filer.  (Doc. 21.)  Plaintiff states that he now resides in Chilhowie, Virginia.  Since Plaintiff is now responsible for filing his own pleadings and resides out of state, Plaintiff seeks to file electronically because mail service will take longer to reach the Court.

  Under this district's local rules, *pro se* parties are required to file and serve paper documents, which the Clerk of Court places into the electronic record.  L.R. 133(a).  A *pro se* litigant may not use the electronic filing system without leave of court.  L.R. 133(b)(2). Either the assigned District Judge or the Magistrate Judge may grant permission to the *pro se* party to file electronically.

  Given Plaintiff's residency in Virginia, Plaintiff's request is reasonable, and his motion is granted in part—contingent upon Plaintiff's submission of a petition for ECF registration and the

issuance of a login and password.  Plaintiff must also provide and maintain a working email address.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to be an electronic filer, (Doc. 21), is GRANTED IN PART;
2. The Clerk of Court is DIRECTED to mail to Plaintiff a "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form; and
3. Plaintiff shall be responsible for filing all documents in paper form until Plaintiff completes, signs, and returns to the Clerk his "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" and is issued a login and password.

IT IS SO ORDERED.

Dated:   **March 25, 2022**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE