UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>  Plaintiff,<br><br>  v.<br><br>JANIL YOUSEFPOOR,<br><br>  Defendant. | Case No. 1:20-cv-01481-DAD-BAK(SKO) (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS NONCOGNIZABLE CLAIM**<br><br>(Doc. 20)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Shaun I. Cass is a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Previously, this Court screened Plaintiff's complaint and found that it states a cognizable Fourteenth Amendment claim but fails to state a First Amendment claim against Defendant. (Doc. 9.) Plaintiff has now indicated his intent to proceed on this pleading as screened. (Doc. 20.)

Accordingly, IT IS RECOMMENDED that this action proceed on Plaintiff's Fourteenth Amendment claim and that Court dismiss the First Amendment claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

within the specified time may result in waiver of the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **March 31, 2022**                              /s/ *Sheila K. Oberto*
                                                                                                       UNITED STATES MAGISTRATE JUDGE