UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>             Plaintiff,<br><br>     v.<br><br>JANIL YOUSEFPOOR,<br><br>             Defendant. | Case No. 1:20-cv-01481-ADA-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 36)<br><br>**May 25, 2023, DEADLINE** |

Pending before the Court is Plaintiff Shaun Cass's motion for a thirty-day extension of time, from April 25, 2023, to May 25, 2023, to submit the service documents as ordered by the Court.[1] (Doc. 36.) Plaintiff states that he did not receive the order until April 17, 2023, due to a change of address. For good cause shown, the Court grants Plaintiff's request for additional time to submit service documents.

Accordingly, it is hereby ORDERED that Plaintiff's motion for an extension of time to May 25, 2023, (Doc. 36) is GRANTED.

IT IS SO ORDERED.

Dated:    **April 25, 2023**                              _____
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court filed the order on March 29, 2023, so the thirty-day deadline is actually April 28, 2023. (Doc. 32.)