UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>                    Plaintiff,<br><br>          v.<br><br>JANIL YOUSEFPOOR,<br><br>                    Defendant. | Case No. 1:20-cv-01481-ADA-CDB (PC)<br><br>ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Shaun I. Cass is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. As set forth in its screening order, the Court found that Plaintiff states at least one cognizable claim for relief. (Doc. 9.) On July 6, 2023, Defendant filed an answer to Plaintiff's complaint. (Doc. 43.)

The Court refers all civil rights cases filed by *pro se* inmates to Alternative Dispute Resolution to attempt to resolve such cases more expeditiously and less expensively.

The Court stays this action for up to 90 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, after investigating Plaintiff's claims and meeting and conferring, if either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby ORDERED:

1.  This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2.  **Within 45 days** from the date of this Order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3.  **Within 60 days** from the date of this Order, defense counsel SHALL contact the undersigned's Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference.

4.  If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5.  The Clerk of the Court SHALL serve via email copies of Plaintiff's complaint (Doc. 1) and the Court's screening order (Doc. 9), in addition to this Order, to the parties via CM-ECF.

6.  The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **July 7, 2023**                         _____

                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7
8

SHAUN I. CASS,

9

Plaintiff,

10

v.

11

JANIL YOUSEFPOOR,

12

Defendant.

13

Case No. 1:20-cv-01481-ADA-CDB (PC)

NOTICE REGARDING EARLY
SETTLEMENT CONFERENCE

14
15
16

1.  The party or counsel agrees that an early settlement conference would be productive and
wishes to engage in an early settlement conference.

17

Yes _____          No _____

18
19
20
21
22

2.  Plaintiff (check one):

_____ would like to participate in the settlement conference in person.

_____ would like to participate in the settlement conference by telephone or video
conference.

23
24

Dated:

25

_____

26

Plaintiff or Counsel for Defendant

27
28