# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN I. CASS,<br><br>              Plaintiff,<br><br>         v.<br><br>JANI YOUSEFPOOR,<br><br>              Defendant. | No.  1:20-cv-01481-TLN-CKD<br><br><br><br>ORDER |

Plaintiff has filed a revised motion to modify the Discovery and Scheduling Order governing this case. ECF No. 52. Defendant has filed a statement of non-opposition to the motion. ECF No. 53. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's revised motion to modify the discovery and scheduling order (ECF No. 52) is granted.

2. Plaintiff's original motion to modify the discovery and scheduling order (ECF No. 51) is denied as moot.

3. The parties may conduct discovery until May 30, 2024. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date (i.e. March 31, 2024).

4. All pretrial motions, except motions to compel discovery, shall be filed on or before August 28, 2024.

1        5.  All other provisions of the October 2, 2023 Discovery and Scheduling Order remain in

2  effect.

3  Dated:  February 13, 2024

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

11  12/cass1481.modify.dso