UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN I. CASS,<br><br>                    Plaintiff,<br><br>        v.<br><br>JANIL YOUSEFPOOR,<br><br>                    Defendant. | No.  1:20-cv-01481-TLN-CKD<br><br>ORDER REFERRING CASE TO ADR AND STAYING CASE FOR 120 DAYS |

   Plaintiff is a former pretrial detainee proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Discovery has closed and the dispositive motions deadline has passed without the filing of a motion for summary judgment.  Before scheduling pretrial conference and trial dates, the court will refer this matter for a settlement conference via Zoom video conference.  Therefore, this case will be stayed for 120 days for the purpose of alternative dispute resolution.

   Once the settlement conference is scheduled, at least seven days prior to the conference, the parties shall submit to the settlement judge a confidential settlement conference statement.  The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to

settle the case.  The parties shall e-mail the settlement conference statement to the settlement judge's e-mail box for proposed orders, available on the court's website.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is stayed for 120 days to allow the parties an opportunity to settle their dispute before pretrial conference and trial dates are set.  Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action.

2. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the settlement judge.  The parties shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address.

4. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  See L.R. 182(f).

Dated:  September 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cass1481.adr.no.msj